**UNITED STATES of America,**
**Appellee,**

v.

**Jeffrey T. GARRISON, Appellant.**

**No. 04–4120.**

United States Court of Appeals,
Eighth Circuit.

Submitted: Dec. 20, 2005.

Decided: Jan. 4, 2006.

Janice Marie Lipovsky, Lincoln, NE, for United States of America.

Jeffrey T. Garrison, Oakdale, LA, pro se.

Karen M. Shanahan, Omaha, NE, for Jeffrey T. Garrison.

---

1. The Honorable Gary A. Fenner, United States District Judge for the Western District of Missouri.

Before MURPHY, COLLOTON, and BENTON, Circuit Judges.

PER CURIAM.

Jeffrey T. Garrison pleaded guilty to conspiring to distribute and possess with intent to distribute 500 grams or more of methamphetamine, in violation of 21 U.S.C. § 846. The district court [1] sentenced him to 188 months imprisonment and 5 years supervised release. We affirmed Garrison's sentence on appeal. *See United States v. Garrison*, 62 Fed. Appx. 746, 747 (8th Cir.2003) (unpublished per curiam). The government later filed a motion to reduce Garrison's sentence pursuant to Federal Rule of Criminal Procedure 35(b). The district court granted the government's motion, and reduced Garrison's sentence to 113 months imprisonment and 5 years supervised release.

On appeal, counsel has moved to withdraw pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and Garrison has not filed a pro se supplemental brief. We conclude counsel's *Anders*-brief argument—that the court should have granted a greater sentence reduction—is unavailing, because we lack jurisdiction to review the extent of the district court's departure. *See United States v. Coppedge*, 135 F.3d 598, 599 (8th Cir.1998) (per curiam) (challenge to extent of district court's departure on government's Rule 35(b) motion is unreviewable).

Having reviewed the record, we find no other nonfrivolous issues. *See Penson v. Ohio*, 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988). We thus dismiss Gar-

rison's appeal for lack of jurisdiction, and grant his attorney's motion to withdraw.

---

1. The Honorable Warren K. Urbom, United States District Judge for the District of Nebraska.